1

BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

2

3

4    Attorney for Plaintiff

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10   LISA BEATTY                       )    Case No. 18-cv-00597-KJN
                                       )
11                                     )    ~~PROPOSED~~ ORDER EXTENDING
                                       )    PLAINTIFF'S TIME TO FILE
12              Plaintiff,             )    SUMMARY JUDGEMENT MOTION TO
                                       )    OCTOBER 5, 2018
13   v.                                )
                                       )
14   COMMISSIONER OF SSA               )
                                       )
15              Defendant.             )
                                       )
16                                     )

17

18

19                        ~~PROPOSED~~ ORDER

20        PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Plaintiff's time to file her

21   summary judgment motion is hereby extended to November 30, 2018.

22   Dated:  October 31, 2018

23

24   _____
     KENDALL J. NEWMAN
25   UNITED STATES MAGISTRATE JUDGE

26

27

28

                                   1